No. 342, October Term, 1959. NOSTRAND ET AL. *v.* LITTLE ET AL., 362 U. S. 474. The motion to strike the motion to retax costs is denied. The motion to retax costs is also denied. *John J. O'Connell,* Attorney General of Washington, and *Herbert H. Fuller,* Chief Assistant Attorney General, for appellees, were on the motion to retax costs. *Francis Hoague* and *Solie Ringold,* for appellants, were on the motion to strike.

No. 4. INTERNATIONAL ASSOCIATION OF MACHINISTS ET AL. *v.* STREET ET AL. Appeal from the Supreme Court of Georgia. (Probable jurisdiction noted, 361 U. S. 807. Argued April 21, 1960. Set for reargument, 363 U. S. 825.) The motion of the United States for leave to intervene is granted. The motion of AFL–CIO for leave to participate in the oral argument, as *amicus curiae,* is denied. *Solicitor General Rankin* for the United States.

No. 34. TIMES FILM CORP. *v.* CITY OF CHICAGO ET AL. Certiorari, 362 U. S. 917, to the United States Court of Appeals for the Seventh Circuit. The motions of Motion Picture Association of America, Inc., American Civil Liberties Union, and Independent Film Importers and Distributors of America, Inc., for leave to file briefs, as *amici curiae,* are granted. *Sidney A. Schreiber* for Motion Picture Association of America, Inc. *Edgar Bernhard* and *Alex Elson* for American Civil Liberties Union.

No. 28. KONIGSBERG *v.* STATE BAR OF CALIFORNIA ET AL. Certiorari, 362 U. S. 910, to the Supreme Court of California. The motion of *Robert L. Brock et al.* for leave to file brief, as *amici curiae,* is granted. *Robert L. Brock, Pauline Epstein, Robert W. Kenny, Hugh R. Manes, Ben Margolis, Daniel G. Marshall, William B. Murrish, John McTernan, Maynard Omerberg, Alexander Shullman* and *David Sokol* for movants.